# In the United States Court of Federal Claims

No. 25-250
Filed: March 25, 2025

|  |  |
|---|---|
| VEDRICK LAMONTE SYMONETTE, | ) |
|  | ) |
| *Plaintiff,* | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| *Defendant.* | ) |
|  | ) |

## ORDER

Plaintiff Vedrick Lamonte Symonette, appearing pro se, has filed this civil action against the United States. ECF No. 1. On February 13, 2025, the court denied Mr. Symonette's motion for leave to proceed *in forma pauperis*. ECF No. 5. The court informed Mr. Symonette that he "must pay the full $405 filing fee to proceed with this action" by March 17, 2025. *Id.* at 2. Finally, the court warned Mr. Symonette that failing to pay the filing fee by March 17, 2025, would result in the dismissal of his complaint for failure to prosecute under Rule 41 of the Rules of the United States Courts of Federal Claims ("RCFC"). *Id.*

Since the court's February 13, 2025 order, Plaintiff moved for reconsideration, which the court denied. *See* ECF Nos. 8, 9. In denying the motion for reconsideration, the court reminded Mr. Symonette that he must pay the $405 filing fee by March 17, 2025. ECF No. 9 at 3. Mr. Symonette has not done so.

Pursuant to RCFC 41(b), the court dismisses this action for failure to prosecute. RCFC 41(b) ("If the plaintiff fails to prosecute or to comply with . . . a court order, the court may dismiss on its own motion."); *see also Bryant v. United States*, 618 F. App'x 683, 686 (Fed. Cir. 2015) ("If a party fails to pay the requisite filing fee, despite adequate notice and ample opportunity to do so, the Claims Court acts within its discretion when it dismisses the action, just as it did in this case."). The Clerk is directed to enter judgment accordingly.

It is so ORDERED.

s/ Edward H. Meyers
Edward H. Meyers
Judge